IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

SARAH CLINE                                                                                                    PLAINTIFF

v.                                                                                      CAUSE NO. 4:23-CV-71-SA-JMV

WALMART STORES, INC.;
WALMART STORES EAST, LP;
WALMART SUPERCENTER #716;
JOHN DOE(S) 1-10; AND
JOHN DOE COMPANY(IES) 1-10                                                                            DEFENDANTS

ORDER

On April 25, 2023, Walmart Stores, Inc. and Walmart Supercenter #716 filed the present Motion to Dismiss [5], wherein they represent that they "have no involvement or control over the premises where the slip and fall incident took place and which allegedly resulted in damages to Plaintiff. In the interest of initial disclosure, the legal entity which operated the subject department store where Plaintiff alleged she slipped and fell is Wal-Mart Stores East, L.P., who is already a Defendant." [5] at p. 1.

The Plaintiff did not respond to the Motion [5]. The Court, in accordance with the Local Rules, typically does not grant dispositive motions simply because they are unopposed. However, considering the specific nature of this request, including but not limited to the fact that defense counsel represents that the appropriate entity is Wal-Mart Stores East, L.P., which is already an entity in this case, the Court finds that the Motion [5] should be, and it hereby is, GRANTED. The Clerk of Court shall terminate Walmart Stores, Inc. and Walmart Supercenter #716 as Defendants in this case.

SO ORDERED, this the 12th day of May, 2023.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE